

**ORDERED in the Southern District of Florida on February 15, 2024.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Daniel Arnaldo                    Case No.: 23-16467-CLC
                                            Chapter 13

                Debtor(s)            /

### ORDER GRANTING APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

**THIS APPLICATION** came to be heard on the consent calendar on  January 30, 2024 at 9:00 AM   upon the Debtors' Counsel's Application for Compensation for Professional Services or Reimbursement of Expenses (herein the "Application") [ECF#38], and based upon the record, it is
**ORDERED**:
1.   The Debtor's Counsel, Jose A. Blanco, Esq. of Jose A. Blanco, P.A., is awarded the sum of $7,000.00 in attorney's fees and costs in the amount of $0.00 for a total of $7,000.00 for the period sought in the Application. The balance due of $5,375.00 is to be paid pursuant to the Debtor's Chapter 13 Plan.

# # #

Respectfully Submitted By:
**JOSE A. BLANCO, P.A.**
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel.: (305) 349-3463
Fax:  (786) 567-5057

By: Jose A. Blanco | FBN: 062449

Jose A. Blanco, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.