

**ORDERED in the Southern District of Florida on February 14, 2024.**

_____
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Daniel Arnaldo                                              Case No.: 23-16467-CLC
                                                                     Chapter 13

                Debtor(s)                      /

### ORDER SUSTAINING OBJECTION TO CLAIM OF HAPPY MONEY

THIS MATTER having come to be heard without objection on the consent calendar on January 30, 2024, upon Debtor's Objection to Claim of Happy Money; claim #4 ("Objection") [ECF#34] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.